

**INGA L. PARSONS**
**CHRISTIAN URBANO\***
**(of Counsel)**
**Attorneys at Law**
**3 Bessom St. No. 234**
**Marblehead, MA  01945**

Admitted to MA* NY WY
Federal Courts
U.S. Supreme Court

Tel: 781-581-2262
Fax: 888-406-9538
Cell: 781-910-1523

Inga@IngaParsonsLaw.com

Christian@IngaParsonsLaw.com

BY ECF

December 4, 2019

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY  10007

    Re: *United States v. Audu (Sodiq)* S2 19 Cr. 462 (KPF)

Dear Judge Failla:

    I was appointed to represent Alade Kazeem Sodiq under the Criminal Justice Act who is charged in the above-referenced case.  There is significant discovery in this case including over 52,800 pages as well as recordings.

    Counsel is writing to request approval for her associate Christian Urbano to work more than ten hours in this matter.

    Counsel respectfully requests approval for an initial 100 hours at $110 hours (the most recent amount approved by Jerry Tritz in another case where counsel's associate is also working) without prejudice to seeking authority for additional time should the hours go beyond the 100 hours.

    Thank you for your consideration in this matter

                                             Respectfully,

                                             */s/ Inga L. Parsons*

                                             Inga L. Parsons

Cc:  All counsel of record via ECF

Application GRANTED.

Dated: December 4, 2019         SO ORDERED.
       New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE