UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>ALADE KAZEEM SODIQ,<br><br>                              Defendant. | 19 Cr. 462 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a plea hearing in this matter on **October 8, 2020, at 2:30 p.m.**  The hearing will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated:   September 16, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge