UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>ALADE KAZEEM SODIQ,<br><br>                    Defendant. | 19 Cr. 462 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The hearing currently scheduled in this matter on October 8, 2020, is hereby ADJOURNED to **November 18, 2020, at 11:30 a.m.**  The hearing will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

It is further ORDERED that the time from October 2, 2020, through November 18, 2020, is hereby excluded under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).  The Court has determined that such exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, as this time will permit the defense to continue to review discovery and the parties to explore a potential disposition of this matter.

        SO ORDERED.

Dated:   October 2, 2020
         New York, New York

                                                    _____
                                                        KATHERINE POLK FAILLA
                                                      United States District Judge