UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>ALADE KAZEEM SODIQ,<br><br>                Defendant. | 19 Cr. 462 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The hearing currently scheduled in this matter on November 18, 2020, is hereby ADJOURNED to **November 19, 2020, at 2:00 p.m.**  The hearing will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    SO ORDERED.

Dated:   November 18, 2020
         New York, New York

                                                    _____
                                                         KATHERINE POLK FAILLA
                                                         United States District Judge