

# INGA L. PARSONS, ESQ.

| Admitted to MA NY WY | Attorney at Law | Tel: 781-581-2262 |
|---|---|---|
| Federal Court | 3 Bessom St. No. 234 | Fax: 781-842-1430 |
| U.S. Supreme Court | Marblehead, MA  01945 | Inga@IngaParsonsLaw.com |

April 21, 2021

Hon. Katharine Polk Failla
United States District Court
Southern District of New York
40 Centre Street
New York, NY  10007-1312

Re:  *USA v.Abdul (Sodiq)*, S2 19 Cr. 462 (KPF)

Dear Judge Failla:

I am appointed counsel for Mr. Sodiq.  I write in response to Mr. Sodiq's pro se letter related to his personal items that was taken by the government.  I have investigated the status.

Counsel had sought that information last year.  She was advised that they were in government custody and told that to her client.  Counsel could have taken possession of them at the time but she would not have been able to send them to Mr. SOdiq in prison.

When she received the letter she could not recall if she had taken custody and put them in her client property file.  Counsel has been out of town most of the year due to family medical issues out west.

This week, Counsel has reached back out to the custodial agent and the property is still in their custody.  Counsel will take custody of those documents when she returns from out west the week of November 21, 2022 so that she can send them to Mr. Sodiq upon his release.

Below is a list of the items with personal information redacted :

| U) One cellophane containing:<br>One Nigerian Passport #▇▇▇▇▇▇▇▇,<br>One Nigerian Passport #▇▇▇▇▇▇▇▇. |
|---|
| (U) One cellophane containing one (1) Apple iPhone. |
| (U) One heat sealed bag containing: 5 UAE Currency Coins converted into U.S. Currency valued at $1.23. |
| (U) One red rope containing:<br>Samsonite Passport Holder; |

Hon. Katharine Polk Failla  
*U.S. v. Sodiq.* S2 19 Cr. 462 (KPF)

November 11, 2022  
Page 2 of 2

| |
|---|
| FIRST BANK LOCAL CURRENCY FUNDS RECEIPT # ▓▓▓▓▓▓▓<br>ALHAJI A ABASS VENTURES RENT RECEIPT ▓▓▓▓▓<br>Personal Pictures;<br>Envelope with Flight Itinerary. |
| (U) One heat sealed bag containing: UAE Resident ID Card # ▓▓▓▓▓▓▓▓▓▓<br>AL ANSARI Exchange Card<br>BMW Promo Code Card<br>Zulekha Hospital Patient ID Card # ▓▓▓▓▓▓▓<br>OCCUPATIONAL Health Card # ▓▓▓▓▓▓<br>Elife Password Access Card<br>Dubai RTA ▓▓▓▓▓▓<br>UAE Ministry Of Interim Card - AL Feed Grocery LLC<br>FIRST BANK Card ▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>AL Haslah e-dirham Card ▓▓▓▓▓▓▓▓▓▓<br>Visa Debit Personal Banking Card ▓▓▓▓▓▓▓▓▓ |
| (U) One heat sealed bag containing: Cash Currency - $204.00 |

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc: AUSA Rebold (by email)  
Mr. Sodiq

---

The Court is in receipt of Mr. Sodiq's pro se letter requesting the return of his personal property from the Government. (Dkt. #147). Mr. Sodiq's attorney, Inga Parsons, represented to the Court that she will take custody of that property later this month and will return it to Mr. Sodiq upon his release. (*See* Dkt. #148). Because that fully resolves Mr. Sodiq's request as the Court understands it, the Court will take no additional action at this time. The Court thanks Ms. Parsons for her assistance in resolving this matter.

The Clerk of Court is directed to terminate the motions at docket entries 147 and 148.

SO ORDERED.

Dated: November 16, 2022  
New York, New York

*Katherine Polk Failla*  
HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE